William HERRON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42545.

Missouri Court of Appeals,
Western District.

July 3, 1990.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from denial of motion under Rule 27.26 (repealed January 1, 1988).

Judgment affirmed. Rule 84.16(b).